MARC J. HELD*
PHILIP M. HINES*

*ALSO ADMITTED IN NEW JERSEY

JACK ANGELOU
MATTHEW R. GROSSO
EDWARD S. MILLER
URI NAZRYAN

OF COUNSEL
SHERRY D. DANZIG



**HELD & HINES LLP**
ATTORNEYS AT LAW

November 17, 2023

BY ECF
Honorable Cheryl L. Pollak
United States Chief Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Mortley v. S&N Topaze Restaurant, Inc., et al.; CASE #: 1:22-cv-01003**

Dear Judge Pollak:

As you may know we represent the Plaintiff in the above matter. I am writing to the court today regarding the Fairness/Cheeks Hearing that was set to occur today. This letter is as a follow-up to my oral application to have the settlement agreement approved and granting the cheeks motion for defendants nonappearance at todays conference.

We thank the Court for all courtesies extended and await the Court's guidance.

Respectfully submitted,
*/s/ Jack Angelou*
Jack Angelou, Esq.

cc: McKinley Onua & Associates, P.C.
26 Court Street, Suite 300
Brooklyn, New York 11242
718-522-0236

370 LEXINGTON AVENUE, SUITE 800
NEW YORK, NY 10017
TEL: 212.696.4LAW
FAX: 718.444.5768

WWW.HELDHINES.COM

2004 RALPH AVENUE
BROOKLYN, NY 11234
TEL: 718.531.9700
FAX: 718.444.5768